860

No. 283. CLINCHFIELD RAILROAD CO. *v.* DUNN, ADMINISTRATRIX. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John W. Price* for petitioner. *Messrs. P. A. Bonham* and *Robert Burrow* for respondent.

No. 285. HARTFORD ACCIDENT & INDEMNITY CO. *v.* WEIL BROTHERS. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ray Rushton* for petitioner. *Mr. Richard T. Rives* for respondent.

No. 286. CHESAPEAKE & OHIO RY. CO. *v.* SOUTHERN COAL, COKE & MINING CO. October 13, 1930. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied. *Messrs. D. H. Leake* and *Wm. G. Wise* for petitioner. *Messrs. Edward C. Kramer* and *Bruce A. Campbell* for respondent.

No. 287. COLLECTOR OF INTERNAL REVENUE *v.* MANILA RAILROAD CO. October 13, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Wm. Cattron Rigby* and *E. A. Kreger* for petitioner. *Mr. Jose C. Abreu* for respondent.

No. 291. GLASS, TRUSTEE, *v.* CUMMING. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John Arthur Brown* for petitioner. *Mr. Eugene Mackey* for respondent.